UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MICHAEL T. VELASQUEZ, JR. | CIVIL ACTION |
| VERSUS | NO. |
| CRESCENT TOWING & SALVAGE CO., INC. | SECTION |

## COMPLAINT

The petition of Michael T. Velasquez, Jr., a person of the full age of majority domiciled in the Parish of Jefferson, State of Louisiana respectfully represents as follows:

I.

The jurisdiction of this Court is established pursuant to 28 USC 1331 and 28 USC 1333. This lawsuit presents a claim under general maritime law and 33 USC 905(b).

II.

The defendant Crescent Towing & Salvage Co., Inc. is a Louisiana corporation registered to do and actually doing business in the Parish of East Baton Rouge, State of Louisiana. At all relevant times herein the defendant Crescent Towing & Salvage Co., Inc. was the owner of a towing vessel named "Angus R. Cooper".

III.

On or about February 4, 2016, plaintiff was working aboard the "Angus R. Cooper" as it was docked in navigable waters in Belle Chasse, Louisiana. Plaintiff was performing mechanical work pursuant to his employment with Jonny White's C&W Air Repair, Inc.

IV.

As plaintiff was traversing a set of stairs in the engine room of the vessel, he was caused to slip on the stairs and fall several feet, sustaining serious and disabling injuries.

V.

Upon information and belief, plaintiff was caused to fall because a slippery substance, believed to be oil, was left on the stairs by employees of the defendant Crescent Towing & Salvage Co., Inc. Additionally, the non-skid surface of the stairs had been worn away and provided no protection against slipping.

VI.

The above-described incident was directly and proximately caused by the negligence and strict liability of Crescent Towing & Salvage Co., Inc., its agents, officers, and employees, and the unseaworthy condition of the vessel "Angus R. Cooper", including but not limited to the following:

1. In that a slippery substance was left on the stairs by agents and employees of Crescent Towing & Salvage Co., Inc.
2. In that the non-skid surface on the stairs to the engine room had been eroded and not replaced despite actual and constructive notice on the part of Crescent Towing & Salvage Co., Inc. of the hazardous condition presented by the lack of non-skid surface;
3. In that Crescent Towing & Salvage Co., Inc. failed to restrict access to the engine room ladder until its hazardous condition could be repaired;
4. In that Crescent Towing & Salvage Co., Inc. failed to warn of the hazardous condition of the engine room ladder;
5. Other acts and omissions, which will be shown at the trial of this matter.

VII.

As a direct and proximate result of the above-described incident, the plaintiff has

sustained serious and disabling injuries, including but not limited to injuries to his head, back, neck, legs, face, left thumb, and other injuries. Additionally, plaintiff has experienced and continues to experience pain and suffering, disability, mental anguish, loss of earnings and earning capacity and has incurred and continues to incur medical and related expenses. Plaintiff itemizes his damages as follows:

| | |
|---|---|
| Past, present and future pain and suffering: | $500,000 |
| Past, present and future disability | $200,000 |
| Past, present and future mental anguish: | $200,000 |
| Loss of earnings and earning capacity: | $400,000 |
| Medical and related expenses: | $200,000 |
| Total: | $1,500,000 |

WHEREFORE, plaintiff Michael T. Velasquez, Jr. prays that after due proceedings had there be judgment herein in his favor and against the defendant Crescent Towing & Salvage Co., Inc. in the amount of $1,500,000 together with interest from date of judicial demand and for all costs of these proceedings.

Respectfully submitted,

**STANGA & MUSTIAN, P.L.C.**

BY:   s/William R. Mustian, III
       **WILLIAM R. MUSTIAN, III (9865)**
       3117 22nd Street, Suite 6
       Metairie, Louisiana 70002
       Telephone: (504) 831-0666
       Facsimile: (504) 831-0726
       E-mail: wrm@stangamustian.com

**PLEASE SERVE:**

Crescent Towing & Salvage Co., Inc.
Through its registered agent for service of process
CT Corporation System
3867 Plaza Tower Drive
Baton Rouge, Louisiana 70816